**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 24-cr-112 KMM/DTS |
| | ) | Date: May 21, 2024 |
| Marcus Alexander Hamilton(2), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant, | ) | Time Commenced: 2:22 p.m. |
| | | Time Concluded: 2:37 p.m. |
| | | Time in Court: 15 minutes |

APPEARANCES:

Plaintiff: Matthew Forbes, Assistant U.S. Attorney
Defendant: Rob Meyers, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 5/1/2024      Offense: mail fraud; wire fraud; theft of government money;
                                                  monetary transaction in property derived from
                                                  specified unlawful activity

X Advised of Rights

on    X Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is Friday, May 24, 2024 at 11:15 a.m. before U.S. Magistrate Judge Tony N. Leung, CR 9W
Mpls for:
         X Arraignment hrg

X Government moves to unseal the case.      X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                           s/jam
                                    Signature of Courtroom Deputy